IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

**KRISTYN LACY PEDERSEN,**

                **PLAINTIFF**,

    v.

**COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,**

                **DEFENDANT**.

Case No. 1:18-CV-00819-AA

**ORDER ON STIPULATED
MOTION FOR FEES AND COSTS**

       Plaintiff Kristyn Lacy Pedersen filed a stipulated motion, seeking an award of $7,575.64 in attorney's fees and $400 in costs. For the reasons set forth in the stipulated motion, supporting affirmation, and good cause shown, **IT IS HEREBY ORDERED** as follows:

       1.     Plaintiff is granted attorney's fees in the amount of **$7,575.64** under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and **$400** in costs. Any award of EAJA fees shall be subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B)) pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED this __17th__ day of __March_____ 20_20_ .


      _/s/Ann Aiken_____
Ann Aiken
UNITED STATES District JUDGE

Presented by:

/s/ Daniel S. Jones_____
Law Office of Charles E. Binder
and Harry J. Binder, LLP
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
Fedcourt@binderlawfirm.com
*PRO HAC VICE*

/s/ Jenna L. Mooney
**JENNA L. MOONEY, OSB #99324**
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201-5630
Phone: 503-241-2300
Fax: 503-778-5299
Email: jennamooney@dwt.com